**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1472**

STATE OF LOUISIANA

VERSUS

EVELYN FAY TADEMY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 267,305,
HONORABLE GEORGE C. METOYER, JR.,
DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**William R. Campbell, Jr.**
**Louisiana Appellate Project**
**700 Camp Street**
**New Orleans, Louisiana   70130**
**(504) 528-9500**
**Counsel for Defendant/Appellant:**
        **Evelyn Fay Tademy**

**James C. Downs**
 **District Attorney**
**Thomas C. Walsh, Jr.**
  **Assistant District Attorney**
**Post Office Drawer 1472**
**Alexandria, Louisiana   71309-1472**
**(318) 473-6650**
**Counsel for State of Louisiana**